■ BENNY FERNANDEZ, Respondent, v. LONDON RECORDS, INC., et al., Appellants, et al., Defendants.— Order, entered April 14, 1969, striking the third, fourth and fifth affirmative defenses and denying cross motion for summary judgment, unanimously modified on the law insofar as it dismisses the affirmative defenses, and otherwise affirmed, with $50 costs and disbursements to defendants-appellants. A full exploration of the proceedings before the arbitrator and also other pertinent factors, not on this record fully disclosed, may demonstrate the availability of the defenses. (*Schwartz* v. *Public Administrator,* 24 N Y 2d 65; *Albero* v. *State of New York,* 26 N Y 2d 630.)   Concur — Capozzoli, J. P., McGivern, Markewich and Tilzer, JJ.

■ MARY LOVE et al, Respondents, v. HARRY BAUM, Appellant.— Judgment in favor of plaintiff Mary Love in the sum of $40,000 and in favor of Cecil Love in the sum of $5,000 for personal injuries unanimously reversed on the law, on the facts, and in the exercise of discretion, the judgment vacated and a new trial is granted, without costs and without disbursements, unless plaintiffs, respectively, within 20 days of service of a copy of the order hereon, stipulate to accept, respectively, $13,000 and $2,000 in lieu of award by verdict, in which event the judgment is modified to that extent and, as thus modified, affirmed, without costs and without disbursements. It is obvious that the award by verdict is excessive and not warranted by the record.   Concur — Capozzoli, J. P., McGivern, Markewich and Tilzer, JJ.